
# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Bryan D. Cypret } | **Case No: 19-80975-CRJ13** |
| SSN: XXX-XX-4416 } | |
| Jennifer K. Cypret } | |
| SSN: XXX-XX-0317 } | |
| DEBTOR(S). } | |

## ORDER

This matter came before the Court on Monday, August 19, 2019 10:00 AM, for a hearing on the following:

1) Confirmation Hearing
2) RE: Doc #18; Objection to Confirmation of the Plan filed by TitleMax of Alabama, Inc.

Proper notice of the hearing was given and appearances were made by the following:

John Zingarelli attorney for Bryan D. Cypret (Debtor)
John Zingarelli attorney for Jennifer K. Cypret (Joint Debtor)
Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Objection to Confirmation of the Plan filed by TitleMax of Alabama, Inc. is OVERRULED for the reasons stated on the record.

Dated: 08/19/2019

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge